IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip F. Figa

Civil Action No. 04-cv-02227-PSF

JULIE CHESNUT,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

    Defendant.

---

**ORDER GRANTING MOTION FOR ATTORNEY FEES**

---

Upon consideration of the Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. # 22), it is hereby

ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $3,626.52, to be made payable to Gail C. Harriss, Attorney for Julie Chesnut.

DATED: September 15, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge